IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 08-00111-REL-01 |
| DOMINIQUE P. TODD, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Before the court are the government's motion for a detention hearing and motion to continue the hearing for three days. Title 18, United States Code, Section 3142(f)(1)(A) provides that, upon motion by the attorney for the government, the judicial officer shall conduct a detention hearing in a case that a crime of violence.

In this case, Defendant is charged with possessing a firearm after having been convicted of a felony, which is a crime of violence for purposes of the Bail Reform Act. United States v. Shirley, 189 F. Supp. 2d 966 (W.D. Mo. 2002). Therefore, it is

ORDERED that pursuant to 18 U.S.C. § 3142(f)(1)(A), the government's motion for a detention hearing is granted. It is further

ORDERED that the motion for a continuance of the detention hearing is granted. It is further

ORDERED that the detention hearing is set for 10:30 a.m., Monday, August 4, 2008, in Courtroom 6D, Kansas City, Missouri.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
July 30, 2008